UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARNOLD JAQUEZ,<br>        Plaintiff,<br>    v.<br>GRANITE ROCK COMPANY,<br>        Defendant. | Case No. 21-cv-09505-NC<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE FOR FALIURE TO PROSECUTE** |

On May 25, 2022, the Court held a case management conference in this case. Despite the Court's warning to Plaintiff that "if he does not appear at the case management conference, the Court will dismiss this case without prejudice for failure to prosecute," Plaintiff did not appear. ECF 25 at 1–2 (*citing* Fed. R. Civ. P. 41(b)). Accordingly, the Court DISMISSES this case, without prejudice, for Plaintiff's failure to prosecute.

**IT IS SO ORDERED.**

Dated: May 25, 2022

                                              NATHANAEL M. COUSINS<br>
                                              United States Magistrate Judge